UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AARON SALTER,

    Plaintiff,

v.

CITY OF DETROIT and DONALD OLSEN,

    Defendants.

_____/

Case No. 18-13136

Stephanie Dawkins Davis
United States District Judge

David R. Grand
United States Magistrate Judge

**OPINION AND ORDER ACCEPTING AND ADOPTING
THE MAGISTRATE JUDGE'S JUNE 8, 2020
<u>REPORT AND RECOMMENDATION (ECF No. 39)</u>**

Currently before the Court is Magistrate Judge David R. Grand's June 8, 2020 Report and Recommendation concerning defendant Olsen's Motion to Strike Denver Butler as an Expert Witness. (ECF No. 39). Salter seeks to proffer Butler's testimony, including two opinions regarding the investigation and photographic lineup procedures at issue in this case. (*Id.* at PageID.1034). The magistrate judge recommends permitting most of Butler's first opinion and disallowing the entirety of the second. (*See generally id.*) The Court is fully advised in the premises and has reviewed the record and the pleadings. Neither party has filed objections. "[T]he failure to object to the magistrate judge's report[] releases the Court from its duty to independently review the matter." *Hall*

v. *Rawal*, 2012 WL 3639070, at *1 (E.D. Mich. Aug. 24, 2012) (citing *Thomas v. Arn*, 474 U.S. 140, 149 (1985)). The Court nevertheless agrees with the magistrate judge's recommended disposition. Therefore, the Court **ACCEPTS** and **ADOPTS** the Magistrate Judge's Report and Recommendation (ECF No. 39); and **GRANTS IN PART AND DENIES IN PART** Olsen's Motion to Strike Denver Butler as an Expert Witness (ECF No. 28).

    **IT IS SO ORDERED**.

Date: July 27, 2020            s/Stephanie Dawkins Davis
                                             Stephanie Dawkins Davis
                                             United States District Judge